IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE AMERICAN INSTITUTE FOR CHARTERED PROPERTY CASUALTY UNDERWRITERS d/b/a THE INSTITUTES, *et al.* *Plaintiffs* | : : : : : : | CIVIL ACTION NO. 19-5369 |
| v. | : : | |
| SYDNEY POSNER, *et al.* *Defendants* | : : | |

# ORDER

**AND NOW**, this 22nd day of June 2022, upon consideration of Plaintiffs' *motion for summary judgment on the counterclaims of Defendant Sydney Posner*, [ECF 124], Defendant Sydney Posner's ("Posner") opposition thereto, [ECF 130], and Plaintiffs' reply, [ECF 135], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

(1) Plaintiffs' motion for summary judgment is **GRANTED** with respect to Posner's breach of contract and Pennsylvania Wage Payment and Collection Law claims for severance and the unpaid commissions referenced on Exhibit C and the unpaid commissions referenced on Exhibit D for which client payments were made in September 2019; and

(2) Plaintiffs' motion for summary judgment is **DENIED** in all other respects.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*