# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE AMERICAN INSTITUTE FOR CHARTERED CASUALTY UNDERWRITERS, *et al.*<br>   *Plaintiffs* | : : : : : | CIVIL ACTION<br><br>NO. 19-5369 |
| v. | : : | |
| SYDNEY POSNER, *et al.*<br>   *Defendants* | : : | |

## ORDER

**AND NOW**, this 6th day of November 2023, upon consideration of Plaintiffs' *renewed motion for judgment as a matter of law and/or motion for new trial or to alter or amend judgment*, [ECF 273], Defendants' response in opposition, [ECF 276], and Plaintiffs' reply, [ECF 284], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, *in part*, and **DENIED**, *in part*. Accordingly, the judgment will be modified by separate Judgment Order consistent with the reasons set forth in the Memorandum Opinion.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*