# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE AMERICAN INSTITUTE FOR** | : | **CIVIL ACTION** |
| **CHARTERED CASUALTY** | : | |
| **UNDERWRITERS,** *et al.* | : | **NO. 19-5369** |
| *Plaintiffs* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SYDNEY POSNER,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

    **AND NOW**, this 25th day of June 2024, upon consideration of Defendant Sydney Posner's *motion for an award of reasonable attorneys' fees and costs*, (ECF 267, 295), Plaintiff The American Institute for Chartered Casualty Underwriters' response in opposition, (ECF 296), Defendant's reply, (ECF 300), Plaintiff's sur-reply, (ECF 304), Plaintiff's notice of supplemental authority, (ECF 305), and Defendant's response to the supplemental authority, (ECF 306), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, *in part*, as follows:  Defendant Sydney Posner is awarded attorneys' fees in the amount of $28,143.50 and costs in the amount of $6,425.41.[1]

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1]    Defendant Sydney Posner's underlying award of attorneys' fees and costs in this matter is attributable to her partial success on her counterclaims against Plaintiff The American Institute for Chartered Casualty Underwriters.